```
                                            FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2005 APR 15  AM 9: 14

                                        LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 95-66 |
| GELASIO RAYA 24509-034 | SECTION "N" |

## O R D E R

GELASIO RAYA has applied to this Court for post conviction relief. In order for the Court to determine the action, if any, that shall be taken on this application,

IT IS ORDERED that the Clerk of Court serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana.

The United States Attorney for the Eastern District of Louisiana is ordered to file on or before _May 4, 2005_ with this Court, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, this _14th_ day of _April_, 20_05_.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee
___ Process
 X  Dktd
 ✓  CtRmDep
___ Doc. No.
```