FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 20  AM 11:14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 95-066 |
| v. | * | SECTION: "N" |
| GELASIO RAYA | * | |
| * * * | | |

### GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO EXTEND TIME TO RESPOND TO PETITIONER'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect requests an extension of time to file its response to Gelasio Raya's Petition Under 28 USC § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody for the reasons set forth below:

This proceeding was not prosecuted by undersigned counsel for the government. Additionally, undersigned counsel is assisting in two appellate briefs which are due to the Court of Appeals during the first week of May, 2005. Additional time is needed to review the record and prepare an adequate response for the government.

1

___ Fee ___
___ Process ___
X  Dktd ___
✓  CtRmDep ___
___ Doc. No. ___

**WHEREFORE**, for the aforementioned reasons, the government hereby requests a 30-day extension of time to file its response, until June 3, 2005, to Gelasio Raya's Petition Under 28 USC § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
DIANE HOLLENSHEAD COPES
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, LA  70130
Telephone: (504) 680-3029

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon pro se defendant, by mailing same, properly addressed and postage prepaid, this 20th day of April, 2005.

_____
Assistant United States Attorney

2