UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 95-066 |
| v. | * | SECTION: "N" |
| GELASIO RAYA | * | |

* * *

ORDER

Considering the foregoing;

**IT IS ORDERED** that the Government's Motion for Extension of Time to respond to Gelasio Raya's Petition Under 28 USC § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody is **GRANTED**; the government's response is now due to the court on June 3, 2005.

New Orleans, Louisiana, this 21st day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____