```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2005 MAY 31  PM 4: 11

                        LORETTA G. WHYTE
                              CLERK
```

UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *      CRIMINAL NO. 95-66

        v.                              *      SECTION: "N"

GELASIO RAYA                  *   *   *

## MOTION AND INCORPORATED MEMORANDUM
## TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO
## PETITION TO VACATE, SET ASIDE OR CORRECT SENTENCE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect requests an extension of time to file its response to Gelasio Raya's Petition to Vacate, Set Aside or Correct Sentence Pursuant to 18 U.S.C. § 2255 ("Petition") for the reasons set forth below:

On April 15, 2005, the Court requested that the government file a response to Raya's Petition on or before May 4, 2005, but the government received a one-month extension until June 6, 2005, due to scheduling difficulties and lack of familiarity with the case. During that time, the undersigned learned that the government's file for this ten-year-old case is housed at the Federal Records Center, and that it will take additional time to

1



retrieve and review it.  As many of the district court record items are under seal (and likewise are in storage) and this proceeding was not prosecuted by the undersigned counsel, the government needs to retrieve its file to obtain and verify basic background information for the Statement of Facts.  This is particularly true because there was no appeal, so no appellate brief is available to readily supply the basic information needed for the factual aspects of the government's response.  Accordingly, the government requests a brief extension until June 30, 2005, to file its response to Raya's Petition to Vacate, Set Aside or Correct Sentence Pursuant to 18 U.S.C. § 2255.

**WHEREFORE**, for the aforementioned reasons, the government hereby requests an extension until June 30, 2005, to respond to Raya's Petition to Vacate, Set Aside or Correct Sentence Pursuant to 18 U.S.C. § 2255.

                                          Respectfully submitted,

                                          JIM LETTEN
                                          UNITED STATES ATTORNEY

                                          DIANE HOLLENSHEAD COPES
                                          Assistant United States Attorney
                                          500 Poydras Street, Room 210-B
                                          New Orleans, LA  70130
                                          Telephone: (504) 680-3029

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon pro se defendant by mailing same to each, properly addressed and postage prepaid, this 31st day of May, 2005.

_____
Assistant United States Attorney