FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -6 AM 10: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 95-066 |
| v. | * | SECTION: "N" |
| **GELASIO RAYA** | * | |

\* \* \*

## O R D E R

Considering the foregoing;

**IT IS ORDERED** that the Government's Motion for Extension of Time to respond to Gelasio Raya's Petition to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 is **GRANTED**; the government's response is now due to the court on June 30, 2005.

New Orleans, Louisiana, this 6th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE