

```
                        UNITED STATES   DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA         *       CRIMINAL NO.  95-066

        v.                       *       SECTION: "N"

GELASIO RAYA                     *

                 *    *    *
```

### MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that Lawrence K. Benson, Jr. be withdrawn as counsel of record for the United States of America as Mr. Benson is no longer employed by the United States Attorney's Office. Assistant United States Attorney Diane Hollenshead Copes, who is also enrolled, should remain as counsel of record.

                                        Respectfully submitted,

                                        JIM LETTEN
                                        UNITED STATES ATTORNEY

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 30th day of June, 2005.

_____
Assistant United States Attorney

                                /s/ Jan Maselli Mann
                                JAN MASELLI MANN (9020)
                                First Assistant United States Attorney
                                Hale Boggs Federal Building
                                500 Poydras Street, Suite B210
                                New Orleans, Louisiana  70130
                                Telephone:  (504) 680-3086