UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -6 PM 2: 25

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 95-066 |
| v. | * | SECTION: "2" |
| GELASIO RAYA | * | |

\* \* \*

Considering the foregoing;

**IT IS HEREBY ORDERED** that in the above-captioned matter, Lawrence K. Benson, Jr. be withdrawn as counsel of record and that Assistant United States Attorney Diane Hollenshead Copes remain as counsel of record for the United States of America.

New Orleans, Louisiana this 5th day of July, 2005.

UNITED STATES DISTRICT JUDGE