

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 95CR66 |
| GELASIO RAYA | SECTION "N" |

### ORDER

Presently before the Court is Mr. Raya's "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 29 U.S.C. §2255. See Rec. Doc. No. 500. Mr. Raya seeks relief sentence from his sentence based on the United States Supreme Court's recent decisions in *Blakely v. Washington*, 542 U.S. 296, 124 S. Ct. 738 (2005), and *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005). For purposes of Mr. Raya's request, however, those decisions do not apply retroactively on collateral review. See *United States v. Gentry*, 432 F.3d 600 (5th Cir. 2005) (initial 28 U.S.C. §2255 motion); *United States v. Elwood*, 408 F.3d 211 (5th Cir. 2005) (successive 28 U.S.C. §2255 motion). Accordingly, Mr. Raya's request for collateral relief with respect to his sentence is untimely. See 28 U.S.C. §2255 (establishing one-year limitation period).

Considering the foregoing, **IT IS ORDERED** that Mr. Raya's motion is **DENIED**.

New Orleans, Louisiana, this 3rd day of February 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____