

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 95-66 |
| GELASIO RAYA | SECTION "N" |

### JUDGMENT

For the reasons set forth in the Court's Order dated February 3, 2006; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that petitioner, Gelasio Raya's Motion under 28 U.S.C.§2255 to Vacate, Set Aside, or Correct Sentence is DENIED.

New Orleans, Louisiana, this 3rd day of February, 2006.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No