UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET |
| v. | * | NO: 95-066 |
| **JOSE LUIS GARCIA** | * | SECTION : "N" |

\* \* \*

**O R D E R**

Considering the foregoing motion;

**IT IS ORDERED** that the government's request for an extension of time of 45 days to respond to Jose Luis Garcia's correspondence of May 12, 2010, is **GRANTED**.

New Orleans, Louisiana, this __23rd__ day of August, 2010

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE