UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 95-66 |
| JOSE LUIS GARCIA | SECTION "N" |

## ORDER

Having carefully reviewed the record in this matter, the parties' submissions (Rec. Docs. 553 and 567), and applicable law, **IT IS ORDERED** that Defendant's motion seeking access to grand jury records (Rec. Doc. 553) is **DENIED**. **IT IS FURTHER ORDERED** that Defendant's motion (Rec. Doc. 568) seeking reconsideration of the Court's prior order denying his request for sentence reduction (Rec. Doc. 537) is **DENIED**.

**IT IS FINALLY ORDERED** that Defendant's motion (Rec. Doc. 569) seeking to correct a clerical error in his March 21, 1996 Judgment and Commitment Order (Rec. Doc. 312) is **GRANTED** to the extent that the March 21, 1996 Judgment and Commitment Order incorrectly references a conviction of 21 U.S.C. §941(a)(1) and §851, rather than 21 U.S.C. §841(a)(1) and §851. In all other respects, the March 21, 1996 Judgment and Commitment Order remains the same. The Court finds no additional or substantive relief to be warranted relative to this harmless clerical error as the record clearly otherwise reflects the correct statutory citation.

New Orleans, Louisiana, this 2nd day of September 2016.

**KURT D. ENGELHARDT**
**United States District Judge**