# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of each of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **January 19, 2019**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Terry Anderson,** aka Terri Blackburn | Reg. No. 08344-031 |
| **Derrick L. Baines** | Reg. No. 12903-035 |
| **Tonya Barney** | Reg. No. 14812-081 |
| **Senaca Bartlett** | Reg. No. 05941-090 |
| **Damion Rurshe Bates** | Reg. No. 14423-040 |
| **Todd Begley** | Reg. No. 14574-075 |
| **Carolyn Ann Bell** | Reg. No. 17268-064 |
| **Christopher Bernard** | Reg. No. 14162-035 |
| **Elaine Beston** | Reg. No. 09992-046 |
| **James Zell Bishop** | Reg. No. 09973-003 |
| **Walter Bradberry** | Reg. No. 06631-017 |
| **Adrian R. Brown** | Reg. No. 30915-074 |
| **Pamela Brownlee** | Reg. No. 76887-004 |
| **Jeffrey Calhoun,** aka Jeffrey Calhon | Reg. No. 32287-112 |
| **Jose Carmona** | Reg. No. 45438-066 |
| **Cassandra Collins** | Reg. No. 13608-035 |
| **Johnnie L. Cotton** | Reg. No. 06882-025 |
| **Japlin Cureton** | Reg. No. 17885-058 |
| **Steven Jermonte Cureton** | Reg. No. 21237-058 |
| **Emanuel Jurel Davidson** | Reg. No. 66562-061 |
| **Shondu Maurice Dawson** | Reg. No. 24796-056 |
| **Gary Allen Day** | Reg. No. 12557-035 |
| **Damon Andre Dill** | Reg. No. 56722-066 |
| **Lourdes Castro Duenas** | Reg. No. 02766-093 |
| **Alton J. Easley** | Reg. No. 03165-029 |
| **Keith Edgerson** | Reg. No. 39963-039 |
| **Linda Finch** | Reg. No. 27099-001 |
| **Lance Foster** | Reg. No. 08104-027 |
| **Stacy Dean Foster** | Reg. No. 07591-010 |
| **Mike Fulton** | Reg. No. 89209-020 |
| **Dustin Gary** | Reg. No. 54699-066 |

| | |
|---|---|
| Daniel Gilliam,<br>  aka Daniel Bostick | Reg. No. 14434-171 |
| Troy Gilmore | Reg. No. 10076-171 |
| Wilbert Decosta Greaves | Reg. No. 15729-056 |
| Charles Lee Green | Reg. No. 09415-035 |
| Stuart John Greger | Reg. No. 12328-021 |
| Thaddeas Kulani Thomas Hall | Reg. No. 95857-022 |
| Forrest Hamm | Reg. No. 02890-043 |
| Eddie Harley | Reg. No. 40227-037 |
| Anthony T. Harris | Reg. No. 16562-075 |
| Antone C. Harris | Reg. No. 07559-028 |
| Brandon W. Harris | Reg. No. 06774-025 |
| Clenneth J. Harris | Reg. No. 41996-074 |
| Tyrone A. Harris | Reg. No. 39871-083 |
| Todd Lowell G. Haworth | Reg. No. 10630-023 |
| Gregory Hearn | Reg. No. 13605-035 |
| Antonio Jeron Hemphill | Reg. No. 11345-171 |
| Michael Henderson | Reg. No. 25539-050 |
| Lawrence Honore | Reg. No. 30447-034 |
| Charles Allen House | Reg. No. 06081-112 |
| Daniel Alfonso Jacobo | Reg. No. 03056-029 |
| Ryan K. Jones | Reg. No. 29475-044 |
| Wayne Jordan | Reg. No. 07713-158 |
| Kenneth Earl Kelley | Reg. No. 05695-017 |
| Alfred William Kemfort | Reg. No. 95272-022 |
| Alonzo King | Reg. No. 20612-045 |
| Crystal Dawn Mattern | Reg. No. 09831-059 |
| Valencia K. Matthews | Reg. No. 08241-025 |
| Joseph McBride | Reg. No. 39989-018 |
| John McCauley | Reg. No. 14791-424 |
| John McCray, Sr. | Reg. No. 07021-025 |
| Martin McGee | Reg. No. 41483-074 |
| Ezekial McLain,<br>  aka Ezekiel McClain | Reg. No. 14256-052 |
| Recco Salaves Meeks | Reg. No. 21557-058 |
| Luis Marin Mendoza-Esquivel | Reg. No. 09704-029 |
| Wayne Merrell | Reg. No. 41476-074 |
| Kristi Miller | Reg. No. 42811-074 |
| Timothy Wayne Miller | Reg. No. 08603-032 |
| James Edward Mitchell | Reg. No. 08153-046 |
| Lewis Lynn Mitchell | Reg. No. 09583-046 |
| Sentra Moore | Reg. No. 11399-002 |
| Jeremy Jason Morefield | Reg. No. 12920-035 |
| Chico Untras Morgan | Reg. No. 12772-002 |
| David Andrew Mortensen | Reg. No. 13086-081 |
| Alonzo Norman, Jr. | Reg. No. 03921-095 |
| Christopher Clayton Pfaff | Reg. No. 07997-030 |
| Hope Aree Pinkerton | Reg. No. 02694-029 |
| Larry Blane Pittman | Reg. No. 17186-198 |
| Tony Roger Pullings | Reg. No. 11079-018 |
| Kristen Reed | Reg. No. 42212-074 |
| Anthony Jaron Richardson | Reg. No. 17362-058 |
| Cory D. Rigmaiden | Reg. No. 12419-035 |
| Samuel Roberts | Reg. No. 17481-056 |
| Charles Bernard Robinson | Reg. No. 50784-056 |
| Glenn Vincent Robinson,<br>  aka Sonny Robinson | Reg. No. 04154-063 |

| | |
|---|---|
| Joseph E. Robinson | Reg. No. 13767-035 |
| Luther Lee Robinson | Reg. No. 23064-057 |
| Timnah Rudisill | Reg. No. 16854-058 |
| Tyrone Sain | Reg. No. 16537-076 |
| Helen Evette Sanders | Reg. No. 41469-074 |
| David M. Scates | Reg. No. 34943-083 |
| Joseph Schwartz | Reg. No. 48357-066 |
| Kenneth E. Scott | Reg. No. 29345-044 |
| Stephen Scott | Reg. No. 80554-038 |
| Burnette Trione Shackleford | Reg. No. 13928-171 |
| Damenion Sims | Reg. No. 29698-034 |
| Bernard Gary Smith, Jr. | Reg. No. 46523-083 |
| John Wayne Smith | Reg. No. 20280-058 |
| Nathaniel Smith, Jr. | Reg. No. 23181-057 |
| Glen Alan Spicer | Reg. No. 23345-057 |
| Jorge Luis Suarez-Maya | Reg. No. 08298-069 |
| Andre Rashad Sutton | Reg. No. 41481-074 |
| Richard Len Taylor, Jr. | Reg. No. 20095-058 |
| Charles Edward Thomas | Reg. No. 79267-180 |
| Elton F. Thomas | Reg. No. 15927-074 |
| Benjamin C. Thompkins, Jr. | Reg. No. 34458-183 |
| Anthony Dwayne Thompson | Reg. No. 26849-112 |
| William Tisdale | Reg. No. 20856-057 |
| Brosarick Ernesto Trammell | Reg. No. 27130-001 |
| Aldo Venegas | Reg. No. 22179-180 |
| Donald LeRoy Wagaman | Reg. No. 08375-030 |
| Bernard A. Walker | Reg. No. 15367-074 |
| Jeffrey Ward | Reg. No. 19239-076 |
| Harold Lindsey Webster | Reg. No. 00777-030 |
| Carlos Whitehead | Reg. No. 31974-044 |
| Harry David Williams | Reg. No. 12879-064 |
| Marshall R. Wilson | Reg. No. 12326-031 |
| Connie Jermaine Young | Reg. No. 91797-071 |
| Travis Demetrius Youngblood | Reg. No. 11010-032 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **January 19, 2019**. I also remit the unpaid balance, if any, of each respective fine imposed that may remain when each named person's term of incarceration expires. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| Qustion Dingle | Reg. No. 76015-004 |
| Melvin Fudge | Reg. No. 11794-040 |
| Eric Harris | Reg. No. 59488-066 |
| James McCloud | Reg. No. 14529-055 |
| Charlie Lee Ross, Jr. | Reg. No. 10626-035 |
| Winston Wilkins | Reg. No. 53115-004 |
| Ayande Yearwood | Reg. No. 12181-069 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **151 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Duane Sheffield** | Reg. No. 13809-021 |
| **Charles Ward** | Reg. No. 06414-087 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **168 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **John Dennis Chapman** | Reg. No. 10138-029 |
| **Ernest Reagan** | Reg. No. 31821-074 |
| **Jerrick Lamont Rorie** | Reg. No. 16257-171 |
| **Antonio Luna Valdez, Jr.** | Reg. No. 53392-079 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **180 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Abdulmuntaqim Ad-Deen** | Reg. No. 43299-037 |
| **Dorian Lee Benoit** | Reg. No. 13555-035 |
| **Jerome Brown** | Reg. No. 09926-068 |
| **Richard Glen Milburn** | Reg. No. 20639-074 |
| **Ronald Benjamin Smith** | Reg. No. 09921-003 |
| **Lambert Dorell Sweat** | Reg. No. 18077-171 |
| **Maurice Victor Williams** | Reg. No. 23999-016 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Alonzo F. Brooks** | Reg. No. 20681-074 |
| **Marlon R. Harrison** | Reg. No. 09538-021 |
| **Jackie Hernandez** | Reg. No. 09186-027 |
| **Kenio Marshall** | Reg. No. 41338-074 |
| **Jerry K. Roberson** | Reg. No. 48446-018 |
| **Yakez Walker** | Reg. No. 77523-004 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **200 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Ladarius Venice Cook** | Reg. No. 31800-044 |
| **Carla Grace Engler** | Reg. No. 09571-029 |
| **Randolph Rolle** | Reg. No. 64738-004 |
| **Raymond Roger Surratt, Jr.** | Reg. No. 19751-058 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **210 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Ervin Mincey** | Reg. No. 12639-021 |
| **Dennis Ragland** | Reg. No. 25256-001 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **235 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Connie Avalos** | Reg. No. 34202-198 |
| **Ramiro Cervantes** | Reg. No. 23435-001 |
| **Earl Glenn, Jr.** | Reg. No. 22660-171 |
| **Timothy Wayne Seabury** | Reg. No. 11910-003 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Chauncey Floyd** | Reg. No. 91660-071 |
| **Thomas Johnson** | Reg. No. 81063-004 |
| **Antonio D. Jones** | Reg. No. 17845-075 |
| **Moses King** | Reg. No. 87630-071 |
| **Wendell Dean Kopp** | Reg. No. 10274-046 |
| **Robert W. Mims** | Reg. No. 05294-017 |
| **Teresa Smith** | Reg. No. 35695-177 |
| **Tyrone Sturdivant** | Reg. No. 03001-029 |
| **James Mark Thornton** | Reg. No. 20601-074 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **James Lynch** | Reg. No. 07788-028 |
| **Thaddeus A. Speed** | Reg. No. 14897-026 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **William Leonardo Graham** | Reg. No. 05435-748 |
| **Willie Small** | Reg. No. 30408-013 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **David Barren** | Reg. No. 09803-068 |
| **Hassan Hills** | Reg. No. 05163-017 |
| **Bobby Dale Kelley** | Reg. No. 09581-062 |
| **Johnny Ray McAtee** | Reg. No. 09475-029 |
| **Alex Randell** | Reg. No. 10998-017 |
| **Ted Ross** | Reg. No. 24510-077 |

I hereby further commute the total sentence of imprisonment imposed upon **Kevin Lavon Andrews**, Reg. No. 50092-018, to a term of **156 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release, with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Kevin Lavon Andrews**, Reg. No. 50092-018, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Kevin Lavon Andrews**, Reg. No. 50092-018, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Michael Delevan Engles**, Reg. No. 09523-062, to a term of **270 months' imprisonment**, leaving intact and in effect the six-year term of supervised release, with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Michael Delevan Engles**, Reg. No. 09523-062, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Michael Delevan Engles**, Reg. No. 09523-062, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Paul S. Fields**, Reg. No. 21542-074, to a term of **120 months' imprisonment**, leaving intact and in effect the five-year term of supervised release, with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Paul S. Fields**, Reg. No. 21542-074, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Paul S. Fields**, Reg. No. 21542-074, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Jose Luis Garcia**, Reg. No. 21394-034, to a term of **300 months' imprisonment**. I also remit the unpaid balance of the $25,000 fine imposed by the court that may remain when his term of incarceration has expired.  I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Jose Luis Garcia**, Reg. No. 21394-034, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Jose Luis Garcia**, Reg. No. 21394-034, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Reginald Stern Gardner**, Reg. No. 19388-039, to a term of **234 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Reginald Stern Gardner**, Reg. No. 19388-039, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Reginald Stern Gardner**, Reg. No. 19388-039, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Gregory A. Garton**, Reg. No. 08800-091, to a term of **360 months' imprisonment**. I also remit the unpaid balance of the $2,200 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Gregory A. Garton**, Reg. No. 08800-091, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Gregory A. Garton**, Reg. No. 08800-091, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Tavaris Gay**, Reg. No. 79342-004, to a term of **130 months' imprisonment**. I also remit the unpaid balance of the $5,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said upon **Tavaris Gay**, Reg. No. 79342-004, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said upon **Tavaris Gay**, Reg. No. 79342-004, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Eric German**, Reg. No. 12425-035, to a term of **324 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said upon **Eric German**, Reg. No. 12425-035, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said upon **Eric German**, Reg. No. 12425-035, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Robby Joe Goram**, Reg. No. 10454-003, to a term of **140 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Robby Joe Goram**, Reg. No. 10454-003, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Robby Joe Goram**, Reg. No. 10454-003, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Kiwanis Miyo Jones**, Reg. No. 12319-002, to a term of **170 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release, with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Kiwanis Miyo Jones**, Reg. No. 12319-002, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Kiwanis Miyo Jones**, Reg. No. 12319-002, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **William Everett Robinson**, Reg. No. 04534-017, to expire on **July 18, 2017**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **William Everett Robinson**, Reg. No. 04534-017, the Non-Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **William Everett Robinson**, Reg. No. 04534-017, on him enrolling in NRDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in NRDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Alan Sylvester**, Reg. No. 63172-053, to a term of **260 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Alan Sylvester**, Reg. No. 63172-053, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Alan Sylvester**, Reg. No. 63172-053, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Wayne D. Thompson**, Reg. No. 34454-183, to a term of **220 months' imprisonment**, leaving intact and in effect the 16-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Wayne D. Thompson**, Reg. No. 34454-183, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Wayne D. Thompson**, Reg. No. 34454-183, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Dan Russell Watson**, Reg. No. 08775-030, to expire on **January 19, 2019**. I also remit the unpaid balance of the $4,959 restitution obligation imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Dan Russell Watson**, Reg. No. 08775-030, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Dan Russell Watson**, Reg. No. 08775-030, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Gregory C. Womack**, Reg. No. 14052-064, to expire on **July 19, 2019**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Gregory C. Womack**, Reg. No. 14052-064, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Gregory C. Womack**, Reg. No. 14052-064, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

**THIS GRANT SHALL** become effective as to each of the above-named persons only upon the delivery and presentment of a certified copy of this document to that person and upon that person's acceptance of the conditional terms of the grant. I further direct that once the receipt has been signed by the grant recipient, the Bureau of Prisons shall immediately forward an ELECTRONIC COPY of the receipt to the Office of the Pardon Attorney, which will deliver that copy to appropriate personnel in the Bureau of Prisons Designation and Sentence Computation Center, who will recalculate the projected release dates of each respective recipient. Failure of a person to sign the receipt and accept the conditional terms of the commutation grant will render the grant of commutation null and void only as to the person who rejected the grant, and not to all persons named herein.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of January in the year of our Lord Two thousand and seventeen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**